81, 195-06,07,08, 09, 10



**Laurine J. Blake, Presiding Judge**
336th District Court
Fannin County, TEXAS
101 E. Sam Rayburn Drive, Suite 200
Bonham, TX 75418

January 16, 2015

Court of Criminal Appeals
Louise Pearson, Clerk
P.O. Box 12308
Capital Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

*Re: In the Court of Criminal Appeals of Texas, Nos. WR-81,195-06, WR-81,195-07, WR-81,195-08, WR-81,195-09, WR-81,295-010, Ex Parte William Albert Schatte, Applicant for Writs of Habeas Corpus*

Dear Ms. Pearson,

I respectfully request a 60 day extension from the Court of Criminal Appeals regarding the Courts order filed October 22, 2014, on the above referenced Writ Application.

Due to a failure of notice of appointment to the attorney appointed to represent Mr. Schatte, there has been a delay in the progress of the case.

If additional information is required in order to secure the extension, please let me know what procedure should be followed.

Thank you in advance for your assistance in this matter.

Respectfully,

Laurine J. Blake
Presiding Judge
336th District Court
Fannin County, Texas

LJB/pk